1:26cv451

# united states district court
# Eastern district of texas

Farid Ahmed Jewel A-226-147-882

Plaintiff's name

Trump administration

Defendant's name

Notice of Filing for civil lawsuit against trump administration.

Farid Ahmed Jewel [signature]

TO THE HONORABLE JUDGE
OF THE UNITED STATES
DISTRICT COURT OF TEXAS

I, Farid Ahmed Jewel, have a complaint against trump admin that I want to tell to this honorable court. I lived in new york since october, 2024. I filed asylum to USCIS February, 2025. I got immigration court hearing date that was august 26, 2026.
I am not a criminal. I have no criminal charges and records.
I never missed court hearing date and ICE check-ins date.

August, 2025

your honor I got work authorization to work in U.S.A

september, 2025

your honor I got social security number to pay tax. SSN number is 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.

october, 2025

I Joined chain restaurant taco bell, 58-A Fulton street, manhattan new york.

November, 2025

I had ICE check-ins date. that was november 04, 2025. at morning after arrived at

ICE office, trump administration arrested me and detained till today. trump admin Peoples seized my work authorization card, driver license, new york city ID, chase bank card, health insurance card, trump admin illegally arrest me without any criminal charges. trump admin not only detained me but also detained my freedom, liberty. trump admin can not arrest and detain me when I was under immigration Proceeding. this is illegal and unlawful. President trump can do anything but he can not arrest me, can not

detained me without any criminal charges. if I am wrong then I wanna ask to this honorable court why trump admin arrested and detained me?

## Lack of lawful documents

Trump admin can not arrest and detain me more than 10 ten months due to lack of document. because I filed asylum and it is under immigration Proceding, so before immigration court order trump admin can not arrest and detained me. it is clear that trump admin ignor immigration court.

undocumented and illegal alien

I am not undocumented alien. U.S. government gave me work authorization and social security number (SSN). I am not illegal alien too because I filled asylum to USCIS. and I am under Process so how trump admin arrest me and detain me? If I am incorrect then I wanna ask to this honorable court who is undocumented and who is illegal alien?

Trump admin Policy is against immigrant, against great american policy, against race, against humantarian.

Trump business

your honor I believe that President trump doing business by his immigration crackdown Policy. he can not do business put me in Jail. trump detained millions of immigrant for his business. he is involve inhuman business. your honor if I am incorrect then I respectfully ask to this court what was emergency to arrest innocent immigrant and detained without any ~~reson~~ reason. why I have to stay in Jail I want to ask to this honorable court.

Butcher trump

President trump is a political butcher. for his cruel, inhuman Immigration Policy, I have lost loves from my girl friend. her heart broken. trump makes distance between us. She is scared about my illegal detention. my mother is 70 years old. she is crying for me everyday. my family members are afraid about my illegal detention my family members are getting mentaly torture everyday for butcher trump. every family scared right now for butcher trump. million's of family has broken for butcher trump.
I want to ask to this honorable

court, can trump administration restore my loves? can trump remove mental health damages of my family members? trump admin Policy is worse than ever. I strongly condemn trump cruel Policy against immigrants. I believe that great american People did not give him authority to seize my loves, seize my liberty, seize my freedom. he is a historic worse butcher in U.S.A. Trump is a historic unpopular in U.S.A for his cruel inhuman Policy for Immigration.

Trumps cartel administration

Trumps cartel administration illegaly arrest and detain me till today. for Prolonged detention I have been damage by physical body, mental health, eye power, tooth damage, leg feet damage, hair fallen becomes hairless my head, I lost my remember power I cant see without reading glass I lost my eye power for trump cartel administration.

I ask to this honorable court can trump cartel admin give back my eye power? mental health? remember power?

will can trump cartel admin give back my hair?
will can trump admin give back my physical body condition what I lost for Prolonged detention by trump cartel admin?
will can trump admin give back my loves from my girl friend what I missed and lost only for trump cartel admin?
Your honor I lost everything in my life for trump admin.
Your honor every People has Price. I respectfully ask to this honorable court

Trump cartel admin has no right to ruine my life. trump has no right to damage my body organ body parts.

trump cartel admin policy is worse in the world.

Why I have to stay in detention more than 10 months?

I respectfully ask to this honorable court for ~~avobe~~ above reason

I demand compensation from trump administration.

I believe that american Justice is great Justice in the world

I believe that I will get fair justice from american court and american soil.

Your honor I lost my everything for trump's cruel inhuman immigration Program.

Your honor every people has Price and I have right to demand compensation amount for my mental health damages, eye power damages, tooth damages, hair, foot heel damages, Physical body damages by trump's administration.

Your honor trump's admin damage my whole life and valueable Parts of body.

Your honor I have right to make Price for my all damages by trump admin but I have faith and trust on this honorable court. I am quite optimistic this honorable court will decide compensation amount for me. Your honor some damages never will be replaced by money. such as my mental health damages Portion never will be recover. my tooth already damaged and never will be recovered by money. Your honor I can't see clearly. my eye Power damaged and never will be recover.

I respectfully ask to this honorable court that;

- why this honorable court will not declare my detention is illegal unlawful and inhuman detention.
- why this honorable court will not order to trump admin to pay compensation.

Respectfully submitted this 29th september, 2026.

Farid Ahmed Jewel
A-226-147-882
IAH Secure audult detention facility
3400 FM 350 south
Livingston, TX 77352

# Declaration under Penalty of Perjury

I declare under Penalty of Perjury that I am farid Ahmed Jewel, I have read above mentioned information and all information is true and correct. I understand that a false statement of a material fact may serve as the basis for Prosecution for Perjury.

Date: September 29, 2026

Farid Ahmed Jewel

# CERTIFICATE OF SERVICE

I, Farid Ahmed Jewel certify that on september 29, 2026. I placed a true and correct copy of this notice of appeal in the legal mail system at IAH secure adult detention facility Postage addressed to:

| |
|---|
| Office of immigration Litigation civil division, U.S. department of Justice. P.O. box 868, Ben Franklin station washington, DC - 20044 |
| ICE enforcement and removal operation, Houston field office 126 northpoint drive Houston, TX 77060 |

Date: sept 29, 2026

Farid Ahmed Jewel

Farid Ahmed Jewel

Uploaded on: 10/26/2024 at 08:28:04 AM (Pacific Daylight Time) Base City: ...

Allegations: Admits All; | Charges: Concedes All;
Designated Country: BANGLADESH |

**Subject to the Proclamation (SB)**

DEPARTMENT OF HOMELAND SECURITY

# NOTICE TO APPEAR

**In removal proceedings under section 240 of the Immigration and Nationality Act:**

**Subject ID:396636948** **FINS #:1354231463** File No: A226 147 882
**DOB: 02/01/1987** **Event No:IMB2510000232**

In the Matter of:
Respondent: FARID AHMED JEWEL currently residing at:

15 CETINALE AISLE IRVINE, CALIFORNIA, 92606-8351 +1 (949) 272-6611
(Number, street, city, state and ZIP code) (Area code and phone number)

☐ You are an arriving alien.

☒ You are an alien present in the United States who has not been admitted or paroled.

☐ You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

1. You are not a citizen or national of the United States;
2. You are a native of Bangladesh and a citizen of Bangladesh ;
3. You arrived in the United States at or near SAN YSIDRO, CA, on or about Friday, October 25, 2024 ;
4. You were not then admitted or paroled after inspection by an Immigration Officer.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8CFR 208.30 ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

1241 E. DYER ROAD, SUITE 200 SANTA ANA CA 92705
*(Complete Address of Immigration Court, including Room Number, if any)*

on March 03, 2025 *(Date)* at 01:00 PM *(Time)* to show why you should not be removed from the United States based on the charge(s) set forth above.

RYAN L METCALF
Date: 2024.10.26 07:00:58 -07:00
0045528304.CBP
Acting/Patrol Agent in Charge
*(Signature and Title of Issuing Officer)*

Date: October 26, 2024 SAN DIEGO, CA
*(City and State)*

EOIR - 1 of 3

Exh. 1 - Adm.

U.S. Department of Homeland Security

# Order of Release on Recognizance

File No: A226 147 882
Date: October 26, 2024
Event No: IMB2510000232

Name: FARID AHMED JEWEL

You have been arrested and placed in removal proceedings. In accordance with section 236 of the Immigration and Nationality Act and the applicable provisions of Title 8 of the Code of Federal Regulations, you are being released on your own recognizance provided you comply with the following conditions:

☒ You must report for any hearing or interview as directed by the Department of Homeland Security or the Executive Office for Immigration Review.

☒ You must surrender for removal from the United States if so ordered.

☒ You must report in (~~writing~~) (person) to AS INDICATED ON THE ATTACHED OREC G-56
(Name and Title of Case Officer)

at ______ (Location of DHS Office) on ______ (Day of each week or month) at ______ (Time)

If you are allowed to report in writing, the report must contain your name, alien registration number, current address, place of employment, and other pertinent information as required by the officer listed above.

☒ You must not change your place of residence without first securing written permission from the immigration officer listed above.
☒ You must not violate any local, State, or Federal laws or ordinances.
☒ You must assist the Department of Homeland Security in obtaining any necessary travel documents.
☐ Other: ______

☐ See attached sheet containing other specified conditions (Continue on separate sheet if required)

**NOTICE: Failure to comply with the conditions of this order may result in revocation of your release and your arrest and detention by the Department of Homeland Security.**

RYAN L METCALF
Date: 2024.10.26 07:00:39 -07:00
0045528304.CBP
(Signature of DHS Official)

Acting/Patrol Agent in Charge
(Printed Name and Title of Official)

## Alien's Acknowledgment of Conditions of Release on Recognizance

I hereby acknowledge that I have (read) (had interpreted and explained to me in the BENGALI language) and understand the conditions of my release as set forth in this order. I further understand that if I do not comply with these conditions, the Department of Homeland Security may revoke my release without further notice.

PRAZIL LEYVA
Date: 2024.10.26 08:04:14 -07:00
0109925519.CBP
(Signature of Immigration Officer Serving Order)

[signature]
(Signature of Alien)

10/26/2024
(Date)

## Cancellation of Order

I hereby cancel this order of release because: ☐ The alien failed to comply with the conditions of release.
☐ The alien was taken into custody for removal.

______ (Signature of Immigration Officer Canceling Order) ______ (Date)

EOIR - 29 of 35

Exh. 2 - Adm.



Form I-220A (Rev. 08/01/07) N

Uploaded on: 02/17/2025 at 06:39:25 PM (Eastern Standard Time) Base City: NYC

Michael E. Piston
Attorney for the Respondent
37-47 73rd St, Ste 214
Jackson Heights, NY 11372
646-876-3772

**NON-DETAINED**

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**IMMIGRATION COURT**
**26 FEDERAL PLAZA, 12TH FL., RM1237**
**NEW YORK, NEW YORK 10278**

| | |
|---|---|
| In the Matter of: ) | |
| ) | |
| **Farid Ahmed Jewel** ) | |
| ) | **File No. A 226-147-882** |
| *Respondent* ) | |
| ) | |
| ) | |
| **In Removal Proceedings** ) | |

**Immigration Judge : Adams, Lori** **Next Hearing : August 26, 2026, at 9 :00 A.M.**

**NOTICE OF FILING OF APPLICATION FOR ASYLUM AND WITHHOLDING OF REMOVAL AND SUPPORTING DOCUMENTS**

Uploaded on: 02/17/2025 at 06:39:25 PM (Eastern Standard Time) Base City: NYC

Michael E. Piston
Attorney for the Respondent
37-47 73rd St, Ste 214
Jackson Heights, NY 11372
646-876-3772

**NON-DETAINED**

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**IMMIGRATION COURT**
**26 FEDERAL PLAZA, 12TH FL., RM1237**
**NEW YORK, NEW YORK 10278**

In the Matter of: )
)
**Farid Ahmed Jewel** )
)
*Respondent* )
)
)
**In Removal Proceedings** )

**File No. A 226-147-882**

**Immigration Judge : Adams, Lori** **Next Hearing : August 26, 2026, at 9 : 00A.M.**

**EXHIBIT LIST IN SUPPORT OF RESPONDENT'S I-589 PETITION**

| EXH. | NAME | PAGE |
|---|---|---|
| A | Respondent's Form I-589 | 1 |
| B | Respondent's Provision of Biometric and Biographical Information to USCIS and USPS's confirmation of delivery of the same | 14 |
| C | Respondent's Order of Release on Recognizance | 25 |
| D | Respondent's Birth Certificate | 27 |
| E | Respondent's National ID card with English Translation | 29 |

Respectfully submitted,

/s/ Michael E. Piston

Michael E. Piston
Law Office of Michael E. Piston
Attorney for the Respondent
37-47 73rd St, Ste 214
Jackson Heights, NY 11372
Ph:(646)876 3772
Dated: February 17, 2025

**PROOF OF SERVICE**

Today, February 17, 2025, I, Mohammad L Bhuiyan, filed the Application for Asylum and Withholding of Removal and Supporting Documents which affected electronic service upon the Department of Homeland Security.

/s/ *Mohammad L Bhuiyan*

Mohammad L Bhuiyan

UNITED STATES OF AMERICA

EMPLOYMENT AUTHORIZATION



Surname
JEWEL
Given Name
FARID A
USCIS# 226-147-882
Category C08
Terms and Conditions
None
Date of Birth 01 FEB 1987
Sex M
Country of Birth
Bangladesh
Valid From: 08/18/25
Card Expires: 08/17/30

NOT VALID FOR REENTRY TO U.S.

# Bangladesh Society, Inc
# বাংলাদেশ সোসাইটি, ইনক

A Not-For-Profit, Tax Exempt 501 (C) Socio-Cultural Organization

**EXECUTIVE COMMITTEE 2025-26**

President
SM A RAHMAN
917-294-0970

Sr. Vice President
MD. MOHIUDDIN DEWAN
917-523-1344

Vice President
MOHAMMAD ZAMAN
718-971-4769

General Secretary
MOHAMMAD ALI
917-302-0443

Asst. General Secretary
ABUL KALAM BHUIYAN
917-892-7199

Treasurer
MAFIJUL ISLAM BHUIYAN
347-896-2802

Organizing Secretary
DUKE KHAN
917-783-5499

Cultural Secretary
MOSTOFA A RAJ
934-444-1863

Public Relations & Publicity Secretary
REZU MOHAMMED
718-581-6637

Social Welfare Secretary
MD JAMIL ANSARY
347-833-1028

Literary Secretary
MD A AKHTER (BABUL)
646-575-7053

Sports & Ent. Secretary
MD ASRAB ALI KHAN (LITON)
917-457-2839

School & Edu. Secretary
MD HASSAN (ZILANI)
917-971-7793

**Executive Members**
HARUN OR RASHID
917-443-7838
JAHANGIR S SUHRAWARDHY
718-737-2748
MD A SIDDIQUE
718-219-7977
ABUL KASHEM CHOWDHURY
646-510-6245
MANSUR AHAMMAD
914-303-8468
HASAN KHAN
313-327-9418

Date 01 / 03 / 2026

Farid Ahmed Jewel
86-22 Dongan Ave
Elmhurst, NY 11373

To Whom It May Concern.

I am writing this letter to formally certify that Mr. Farid Ahmed Jewel was residing at 86-22 Dongan Ave, Elmhurst, NY 11373, is an active and esteemed member of Bangladesh Society, Inc.

Mr. Jewel has demonstrated unwavering dedication to the organization through his volunteer work and active participation in various community initiatives. His commitment and contributions have significantly benefited the Society and the broader community. Furthermore, I can attest with the utmost confidence to his exemplary moral character and integrity.

As one of the largest social and cultural organizations representing the Bangladeshi-American community in the United States, Bangladesh Society, Inc. serves over 25,000 registered members and is widely regarded as a cornerstone of cultural preservation, unity, and civic engagement.

I extend my sincere best wishes for Mr. Jewel's continued well-being and future success. Should you require any further information or verification, please do not hesitate to contact us.

Yours sincerely,

SM A Rahman
*President*
*Bangladesh Society Inc.*

BANGLADESH SOCIETY INC

86-24 Whitney Avenue, Elmhurst, New York 11373 • Tel. 718-440-8547
Email: info@bangladeshsocietyinc.com • www.bangladeshsocietyinc.com

12

IAH SECURE ADULT DETENTION FACILITY
3400 FM 350 S
LIVINGSTON, TX 77352

Farid Ahmed Jewel
A-226-147-882

Retail
U.S. POSTAGE PAID
FCM LG ENV
LIVINGSTON, TX 77351
OCT 05, 2026
77701
$3.14
RDC 99
S2324M502298-03

CLERK, U.S. DISTRICT COURT
RECEIVED
OCT 0 8 2026
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

United states district court,
300 Willow street,
suite - 104
Beaumont Texas 77701-2217